# Exhibit A

Amount:        $738.0                    Sequence N mb.:

Account:                                 Capture Date:

Bank Number·                             Check Number:



THE FACE OF THIS CHECK HAS A MULTI-COLORED BACKGROUND. THIS CHECK UTILIZES A SECURITY FONT

**OneMain.**        · - · ·  ONEMAIN FINANCIAL, INC. (WV)

LEWISBURG, WV                    Date 05/18/17  NO. **423500198**

Pay to:  SYNCB WALM                                      70-2328/719
         PAYOFF ACCT

The
Amount of:                                     CHECK AMOUNT
                                               $738.00**

         BANK OF AMERICA
COMMERCIAL DISBURSEMENT ACCOUNT
        NORTHBROOK, IL

MEMO  PAYOFF LOAN

                                    BY _____  MP
                                       AUTHORIZED SIGNER



031954697

ABSENCE OF PAYEE'S ENDORSEMENT GUARANTEED

HEAT REACTIVE INK — Rub with finger, color will fade then reappear.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ORIGINAL